# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Howard Anthony Mayfield | | | | DISTRICT JUDGE: Paul L. Maloney |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:18-cr-167 | 6/27/2019 | 2:52 p.m. - 2:58 p.m. | Kalamazoo | |

### APPEARANCES

| Government: Kate Zell | Defendant: Scott Graham | Counsel Designation: CJA Appointment |
|---|---|---|

### TYPE OF HEARING
- ☐ Arraignment:
  - ☐ mute   ☐ nolo contendere
  - ☐ not guilty   ☐ guilty
- ☐ Final Pretrial Conference
- ☐ Detention   (waived ☐ )
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☐ Change of Plea
- ☐ Sentencing
- ☐ Trial
- ✓ Other: Omnibus Hearing

### DOCUMENTS
- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: _____

Court to Issue:
- ☐ Order of Detention
- ☐ Notice of Sentencing
- ☐ Order Appointing Counsel
- ☐ Other: _____

### CHANGE OF PLEA
Charging Document:
- ☐ Read   ☐ Reading Waived

Guilty Plea to Count(s) _____
of the _____

Count(s) to be dismissed at sentencing: _____

- ☐ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☐ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

| Imprisonment: | Plea Agreement Accepted: ☐ Yes ☐ No |
|---|---|
| Probation: | Defendant informed of right to appeal: ☐ Yes ☐ No |
| Supervised Release: | Counsel informed of obligation to file appeal: ☐ Yes ☐ No |
| Fine: $ | Conviction Information: |
| Restitution: $ | Date: _____ |
| Special Assessment: $ | By: _____ |
| | As to Count (s): _____ |

**ADDITIONAL INFORMATION:**
Hearing re letter to court (ECF No. 716)

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detention Continued | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kathleen Thomas | **Case Manager:** A. Redmond |